**Motion Granted; Dismissed and Memorandum Opinion filed April 24, 2014.**



In The

# Fourteenth Court of Appeals

### NO. 14-13-01064-CV

## ROBERT L. BURKE, M.D., AND FONDREN ORTHOPEDIC GROUP, L.L.P., Appellants

## V.

## RICK AND JANA GARDNER, Appellees

**On Appeal from the 239th District Court**
**Brazoria County, Texas**
**Trial Court Cause No. 67170-A**

## M E M O R A N D U M   O P I N I O N

This is an interlocutory appeal from an order denying appellants' motion to dismiss signed November 5, 2013. On April 16, 2014, appellants filed a motion to dismiss the appeal because the underlying dispute has been settled. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Donovan and Brown.